# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   No. 2:22-cv-02667-SHL-tmp |
| | ) |
| EVOLVE BANK AND TRUST, | ) |
|     Defendant. | ) |

## JUDGMENT

**JUDGMENT BY COURT.**  This action having come before the Court on Plaintiff's Complaint, (ECF No. 1), filed September 29, 2022,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Consent Order, (ECF No. 12), entered on October 17, 2022, Judgment is entered, and this matter is hereby **DISMISSED WITH PREJUDICE**.  The Court shall retain jurisdiction for the purpose of enforcing the Consent Order pursuant to Kokkonen v. Guardian Life Ins. Co. of Am., 511 U.S. 375, 381-82 (1994).

APPROVED:

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
UNITED STATES DISTRICT JUDGE

October 17, 2022
Date