UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:22-cv-02667-SHL-tmp |
| ) | |
| EVOLVE BANK AND TRUST ) | |
| ) | |
| Defendant. ) | |
| ) | |

**PLAINTIFF'S UNOPPOSED MOTION TO TERMINATE CONSENT ORDER AND DISMISS WITH PREJUDICE AND MEMORANDUM IN SUPPORT**

Plaintiff United States of America, pursuant to Rules 41(a)(2) and 60(b) of the Federal Rules of Civil Procedure, hereby moves the Court to terminate the Consent Order entered in this case and to dismiss this case with prejudice. On October 17, 2022, the Court entered a Consent Order between the United States and Defendant Evolve Bank and Trust. ECF No. 12.

In support of this motion, the United States avers that Defendant has complied with the requirements in the Consent Order to compensate aggrieved borrowers and pay a civil penalty to the United States, and Defendant is in substantial compliance with the injunctive terms of the Consent Order. The United States has consulted with counsel for Defendant who does not oppose this motion.

Accordingly, Plaintiff respectfully requests that the Court enter an order terminating the Consent Order and dismissing this case with prejudice.

Respectfully submitted,                                                                 Dated: May 13, 2025

| | |
|---|---|
| JOSEPH C. MURPHY, JR.<br>Acting United States Attorney<br>Western District of Tennessee | HARMEET K. DHILLON<br>Assistant Attorney General<br>Civil Rights Division |
| | MICHAEL E. GATES<br>Deputy Assistant Attorney General<br>Civil Rights Division |
| | CARRIE PAGNUCCO<br>Chief |
| /s/ Eileen Kuo<br>EILEEN KUO (TN Bar No. 027365)<br>Assistant United States Attorney<br>United States Attorney's Office<br>Western District of Tennessee<br>167 North Main Street, Suite 800<br>Memphis, TN 38103<br>Phone: (901) 544-4231<br>Fax: (901) 544-4230<br>Eileen.Kuo@usdoj.gov | /s/ Katherine A. Raimondo<br>JENNIFER A. SLAGLE PECK<br>Deputy Chief<br>KATHERINE A. RAIMONDO<br>Special Litigation Counsel<br>Housing & Civil Enforcement Section<br>950 Pennsylvania Ave. NW – 4CON<br>Washington, DC 20530<br>Phone: (202) 353-5817<br>Fax: (202) 514-1116<br>Katherine.Raimondo@usdoj.gov |

## CERTIFICATE OF CONSULTATION

I certify that on May 9 and May 13, 2025, I consulted with Defendant's counsel regarding this motion and Defendant's counsel does not oppose the relief requested herein.

*s/ Katherine A. Raimondo*
Katherine A. Raimondo

## CERTIFICATE OF SERVICE

I certify that on May 13, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filings to all counsel of record.

*s/ Katherine A. Raimondo*
Katherine A. Raimondo
